# United States District Court
## Northern District of New York
## Civil Judgment

Lauren Hogan,
        Plaintiff,

-v-

A.O. Fox Memorial Hospital, et al,

        Defendant.

Case Number:

3:07cv555   (DEP)

    [X]  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED,** the defendants Motion for Summary Judgment is granted.  Plaintiff's Motion for Partial Summary Judgment is denied. Additionally no reasonable factfinder could find in plaintiff's favor in any of her three remaining substantive claims. Plaintiff's three remaining claims in this action are hereby dismissed.

    All of the above pursuant to an Order dated October 8, 2008, by Magistrate Judge David E. Peebles.

Dated: October 9, 2008        Lawrence K. Baerman, Clerk

                              s/

                           Marie N. Marra, Deputy Clerk